UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 SEP 28  AM 10: 21

CLERK

BY_____
DEPUTY CLERK

Reuel E. Peterson

_____
Plaintiff(s)

vs.

Gov. Phil Scott
Mark Levine

_____
Defendant(s)

Civil Action No: 5:20-cv-149

APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at ___9/20/20___, Vermont, this __Sunday__ day of __September__, 20 20.

_____
Plaintiff

(Rev. 3/12)