UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JAN 22 PM 1: 17

CLERK

BY ︎ Uw
    DEPUTY CLERK

REUEL E. PETERSON, )
 )
Plaintiff, )
 )
v. ) Case No. 5:20-cv-149
 )
GOVERNOR PHIL SCOTT )
and MARK LEVINE, )
 )
Defendants. )

## ORDER OF DISMISSAL

On September 28, 2020, Plaintiff Reuel E. Peterson, representing himself, submitted a proposed civil Complaint alleging violations of his civil and constitutional rights against Defendants Phil Scott, Governor of Vermont, and Dr. Mark Levine, Health Commissioner of Vermont. Plaintiff sought to proceed *in forma pauperis* ("IFP"), or without prepayment of fees, under 28 U.S.C. § 1915. (Doc. 1.)

By Order dated December 8, 2020, Plaintiff's request to proceed IFP was granted, however, the proposed Complaint was dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii) for failure to state a claim on which relief could be granted and lack of subject matter jurisdiction. (Doc. 4.) Plaintiff was provided an opportunity to file a motion for leave to file an Amended Complaint on or before January 8, 2021, and warned that his failure to do so would result in closure of the case. (*Id.* at 17.) To date, no further filings have been received. Accordingly, this case is DISMISSED; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Rutland in the District of Vermont, this 22nd day of January 2021.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court